FILED: April 20, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2109
(3:24-cv-00558-KDB)
_____

MICHAEL N. HERLIHY; ANN HERLIHY; THE ESTATE OF PETER L. BERGRUD

       Claimants - Appellants

v.

DBMP, LLC

       Debtor - Appellee

------------------------------

OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF DBMP, LLC

       Amicus Supporting Appellant

_____

O R D E R
_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 40. The court denies the petition for rehearing en banc.

       For the Court

       /s/ Nwamaka Anowi, Clerk