UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-2109
(3:24-cv-00558-KDB)
_____

MICHAEL N. HERLIHY; ANN HERLIHY; THE ESTATE OF PETER L.
BERGRUD

        Claimants - Appellants

v.

DBMP, LLC

        Debtor - Appellee

------------------------------

OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF
DBMP, LLC

        Amicus Supporting Appellant

_____

M A N D A T E
_____

The judgment of this court, entered February 11, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a)

of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*